UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.185.86.240,<br><br>　　　　　Defendant. | Case No.: 2:24-01185-TLN-CKD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S SECOND APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's second application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have up to and including October 30, 2024, to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated: September 12, 2024

4, stri1185.24

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE